**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00600-REB-CBS

ITALK, LLC, a Colorado limited liability company,

    Plaintiff,

v.

RAINDANCE COMMUNICATIONS, INC., a Colorado corporation,
TODD VERNON, an individual,
PAUL BERBERIAN, an individual, and
WEST CORPORATION, a Delaware corporation,

    Defendants.

---

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS
AND CLOSING CASE ADMINISTRATIVELY**

---

**Blackburn, J.**

This matter is before me on the defendants' **Unopposed Motion to Stay Federal Action Pending Appeal of the Parallel State Court Action** [#28], filed June 12, 2006. The motion is granted on the terms outlined below.

On May 17, 2004, the plaintiff filed a state court action against the defendant in Boulder County District Court. The plaintiff asserted a breach of contract claim in state court. In the above-captioned case, the plaintiff asserts claims of copyright infringement and misappropriation of trade secrets. The plaintiff's claims in both cases share the same factual basis. On May 8, 2006, the state court granted defendant Raindance's motion for summary judgment and dismissed the state court case. The plaintiff has filed a notice of appeal with the Colorado Court of Appeals. The Colorado Court of Appeal's resolution of the plaintiff's appeal likely will have a substantial effect

on the viability of the plaintiff's claims in the above-captioned case. The defendant asserts, and the plaintiff agrees, that a stay of this case pending resolution of the appeal of the state court's judgment will effectuate the twin goals of wise judicial administration and comprehensive disposition of litigation.

Both the timing and effect of the Colorado Court of Appeals' resolution of the state court action are uncertain. It is possible that the Colorado Court of Appeals' resolution will resolve fully the dispute reflected in the above-captioned case and in the state court case. Given this uncertainty, I will close this case administratively, subject to re-opening on a showing of good cause by any party. Further, I will deny without prejudice the plaintiff's pending motion for preliminary injunction [#2], filed April 3, 2006. If this case is re-opened, and the plaintiff wishes to re-assert its motion for preliminary injunction, then the plaintiff may file a brief notice that it wishes to re-assert its previously-filed motion for preliminary injunction, or may file a new motion for preliminary injunction.

**THEREFORE, IT IS ORDERED** as follows:

1. That the defendants' **Unopposed Motion to Stay Federal Action Pending Appeal of the Parallel State Court Action** [#28], filed June 12, 2006, is **GRANTED**;

2. That this case is **STAYED** pending resolution of the pending appeal before the Colorado Court of Appeals in the parallel state court case;

3. That under D.C.COLO.LCivR 41.2, this case is **ADMINISTRATIVELY CLOSED**;

4. That this case may be re-opened on a showing of good cause by any party;

5. That the plaintiff's motion for preliminary injunction [#2], filed April 3, 2006, is **DENIED** without prejudice to re-filing;

6. That If this case is re-opened, and the plaintiff wishes to re-assert its motion for preliminary injunction, then the plaintiff may file a brief notice that it wishes to re-assert its previously-filed motion for preliminary injunction, or may file a new motion for preliminary injunction;

7. That for the sake of an accurate docket, the court notes that the plaintiff's motion for temporary restraining order [#2], filed April 3, 2006, was denied at a hearing on that motion, held April 4, 2006, [#17].

Dated June 29, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**