**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00600-REB-CBS

ITALK, LLC, a Colorado limited liability company,

    Plaintiff,

v.

RAINDANCE COMMUNICATIONS, INC., a Colorado corporation,
TODD VERNON, an individual,
PAUL BERBERIAN, an individual, and
WEST CORPORATION, a Delaware corporation,

    Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The matter before the court is the **Stipulated Dismissal** [#34], filed July 26, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Dismissal** [#34], filed July 26, 2006, is **APPROVED**; and

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 27, 2006, at Denver, Colorado.

                                      **BY THE COURT:**

                                      s/ Robert E. Blackburn
                                      **Robert E. Blackburn
                                      United States District Judge**